Lavinda McLEOD, Appellant, v. UNION BARGE LINE COMPANY.

No. 10438.

United States Court of Appeals Third Circuit.

Argued June 8, 1951.

Decided June 19, 1951.

See also 11 F.R.D. 167.

Hymen Schlesinger, Pittsburgh, Pa., for appellant.

Bruce R. Martin, Pittsburgh, Pa. (Dalzell, McFall, Pringle & Bredin, Pittsburgh, Pa., on the brief), for appellee.

Before GOODRICH and KALODNER, Circuit Judges and MARSH, District Judge.

PER CURIAM.

This appeal involves claim for damages for personal injuries. The claim is based on the Jones Act, 46 U.S.C.A. § 688, for alleged negligence and upon admiralty law for alleged unseaworthiness of the vessel on which the plaintiff was injured. The case was tried to a jury which returned a verdict for the defendant. Judgment was entered thereon. The appellant alleges five points for reversal. Four of them are based upon what the judge charged or failed to charge. The fifth is based upon the refusal to award a new trial. No new or unsettled legal points are involved. We disagree with counsel that the trial judge misled the jury or charged it incorrectly on any of the points he raises. Nor do we think that the case is one where a determination by the jury should be upset.

The judgment of the District Court, 95 F.Supp. 336, will be affirmed.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. J. H. RUTTER–REX MANUFACTURING COMPANY, Inc., Respondent.

No. 13557.

United States Court of Appeals Fifth Circuit.

June 23, 1951.

David P. Findling, Assoc. Gen. Cnsl. NLRB, A. Norman Somers, Asst. Gen. Cnsl. NLRB, Washington, D. C., for petitioner.

Samuel Lang, New Orleans, La., for respondent.

Before HUTCHESON, Chief Judge, and BORAH and RUSSELL, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the Motion filed by Petitioner, National Labor Relations Board, to remand the above entitled and numbered cause for the purpose of vacating the Board's Order and dismissing the complaint—counsel for the respondent having filed his consent to said motion, and was submitted to the Court.

On consideration whereof, it is now ordered and adjudged by this Court that the above entitled and numbered cause be and it is hereby remanded to the National Labor Relations Board for the purpose of vacating its order and dismissing the complaint in the proceedings before it.

It is further ordered that a certified copy of the Motion to Remand, and of this Judgment, be forwarded to the said National Labor Relations Board, and to the counsel for respondent by the Clerk of this Court.